250

**Belice (Bee) GARNER, Appellant, v. UNITED STATES of America.**

No. 12910.

Circuit Court of Appeals, Eighth Circuit.

July 7, 1944.

Hugh M. Bland, of Fort Smith, Ark., and Charles X. Williams, of Booneville, Ark., for appellant.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court, on motion of appellee.

**G. M. GEORGE and Oscar Peterson, etc., Appellants, v. Verne L. HOLMES, Appellee.**

**ATLAS GARAGE DOOR CO. et al., Appellants, v. SAME.**

**E. B. NOWAK et al., Appellants, v. SAME.**

Nos. 10634–10636.

Circuit Court of Appeals, Ninth Circuit.

July 20, 1944.

Carlos G. Stratton, of Los Angeles, Cal., for appellants.

Lyon & Lyon and Reginald E. Caughey, all of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellants, approved as to form by counsel for appellee, for dismissal of appeal herein in each of above causes, and good cause therefor appearing, it is ordered that the appeal in each of above causes be dismissed, with prejudice and without costs to either party, that a decree of dismissal be filed in each cause and recorded in the minutes of this court and that the mandate of this court in each cause issue forthwith.

**Paul Ryan HAGGARD, Appellant, v. UNITED STATES of America, Appellee.**

No. 10652.

Circuit Court of Appeals, Ninth Circuit.

July 18, 1944.

A. L. Wirin, of Los Angeles, Cal., and Theodore Tamba and W. M. Collins, both of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.